

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MONICA MARIE COCKRELL, | § | No. 08-24-00096-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law |
| ROY EDWARD COCKRELL, | § | of Burnet County, Texas |
| Appellee. | § | (TC#54094) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 10th day of April 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.